|  | IN THE CIRCUIT COURT OF THE 20th JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA |
|---|---|
| KEVIN D. DAHLGREN AND JUDY R. DAHLGREN, | CASE NO.: |
| Plaintiffs, | |
| v. | |
| FIRST PROTECTIVE INSURANCE COMPANY D/B/A FRONTLINE INSURANCE, | |
| Defendant. _____/ | |

## PLAINTIFFS' COMPLAINT FOR BREACH OF CONTRACT & DEMAND FOR JURY TRIAL

COME NOW Plaintiffs, KEVIN D. DAHLGREN AND JUDY R. DAHLGREN, through the undersigned counsel, and hereby file this Complaint against Defendant, FIRST PROTECTIVE INSURANCE COMPANY D/B/A FRONTLINE INSURANCE, and as grounds therefore state as follows:

1. This is an action for damages in excess of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of interest, attorneys' fees and costs, and is otherwise within the jurisdictional limits of this Court.

2. At all times material hereto, Defendant was an insurance company authorized to do business in the State of Florida and doing business in Lee County, Florida.

3. At all times material hereto, the damaged property was located in Lee County, Florida.

4. Prior to the direct physical damage sustained during the policy period, Plaintiffs sought and purchased homeowner's insurance from Defendant to cover their home located at 18120 Old Pelican Bay Drive, Fort Myers Beach, FL 33931 (hereinafter "Insured Property"). Said

Page **1** of **5**

policy of insurance, which is believed to be Policy Number F-2021-12-10897-000048056, was issued by Defendant to Plaintiffs to provide flood insurance coverage for the Insured Property.

5. At all times material hereto, Plaintiffs and Defendant had a policy of insurance, Policy No. F-2021-12-10897-000048056 (hereinafter "Contract"). Plaintiffs are not in possession of a complete certified copy of the Contract; however, a copy of the declaration page from the Contract is attached hereto and incorporated herein by reference as "**Exhibit A**". The Contract is well known to and in the possession of Defendant, and Plaintiffs have requested a formal copy of the Contract through a Request to Produce which has been served upon Defendant contemporaneously with this Complaint. *See Equity Premium, Inc. v. Twin City Fire Ins. Co.*, 956 So. 2d 1257 (Fla. 4th DCA 2007); *Amiker v. Mid-Century Ins. Co.*, 398 So. 2d 974 (Fla. 1st DCA 1981); *Parkway General Hospital Inc. v. Allstate Ins. Co.*, 393 So. 2d 1171 (Fla. 3rd DCA 1981).

6. Plaintiffs have paid the premiums for the Contract prior to the direct physical damage sustained during the policy period.

7. During the policy period of November 11, 2021 and November 11, 2022, the Insured Property sustained direct physical damage as a result of flooding caused by Hurricane Ian on or about September 28, 2022.

8. The Contract was in full force and effect during the policy period in which the damages to the home occurred.

9. Defendant received timely notice of the loss.

10. Defendant assigned the loss reported by Plaintiffs a claim number believed to be 386253.

11. Defendant and its agents requested and were given access and the opportunity to inspect the Insured Property and the reported damage arising from the loss.

12. This is an action relating to Defendant's breach of Contract for its failure to properly pay the full amount of insurance proceeds owed to Plaintiffs.

13. Plaintiffs have complied with section 627.70152, Florida Statute.

14. Jurisdiction and venue of this matter are proper in the Circuit Court for Lee County, Florida.

## COUNT I – BREACH OF CONTRACT

15. Plaintiffs reallege and reincorporate paragraphs 1-14 as if fully stated herein, and further allege as follows:

16. During the above Contract period the Insured Property sustained direct physical damages as a result of flooding from Hurricane Ian.

17. Plaintiffs provided timely notice of the loss to the Defendant.

18. Plaintiffs have complied with all obligations and conditions precedent to this lawsuit which would entitle Plaintiffs to recover benefits under the Contract, or such conditions have been waived.

19. Defendant has failed to provide complete coverage for the physical damages that occurred during the Contract period.

20. This failure is contrary to the terms of the Contract and constitutes a breach of the Contract.

21. Plaintiffs have been damaged by this breach in the form of unpaid insurance proceeds needed to restore the Insured Property to its pre-loss condition as a result of Defendant refusing to pay the full amount owed under the Contract.

22. As a direct and proximate result of Defendant's breach of Contract, Plaintiffs have been required to retain the services of the undersigned attorneys to represent and protect the

Page 3 of 5

interests of Plaintiffs, and Plaintiffs have become obligated to pay them a reasonable fee for their services in bringing this action.

23. In the event that Plaintiff prevail in this action, Plaintiff is entitled to an award of attorneys' fees and costs pursuant to section 627.70152, 627.428, 626.9373 and 57.041, Florida Statutes and/or other Florida Law.

WHEREFORE, Plaintiffs demand judgment against Defendant for damages, including but not limited to damages owed under the Contract, attorneys' fees and costs.

**DEMAND FOR JURY TRIAL**

Plaintiffs further demand a trial by jury of all issues so triable as a matter of right.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

        KANNER & PINTALUGA, P.A.
        Attorneys for Plaintiffs
        925 S. Federal Highway, Sixth Floor
        Boca Raton, FL 33432
        Phone: (561) 424-0032
        Fax:    (866) 641-4690
        **Court Phone Number: (1-888) 824-7834**
        Email: aaltman@kpattorney.com
                salexandre@kpattorney.com
                FirstPartyEService@kpattorney.com

        By: /s/ Alexis Altman_____.
            ALEXIS ALTMAN, ESQ.
            Florida Bar No.: 0105040

# EXHIBIT "A"

# FRONTline INSURANCE

NASH INSURANCE AND ASSOCIATES LLC
8801 COLLEGE PKWY #5
FORT MYERS, FL 33919

Agency Phone: (239) 333-0888

| | |
|---|---|
| NFIP Policy Number: | 0000048056 |
| Company Policy Number: | F-2021-12-10897-000048056 |
| Agent: | BRANDON NASH |
| Policy Term: | 11/22/2021 12:01 AM through 11/22/2022 12:01 AM |
| Renewal Billing Payor: | INSURED |
| To report a claim visit or call us at: | https://fpic.manageflood.com (888) 481-1158 |

## REVISED FLOOD INSURANCE POLICY DECLARATIONS
### STANDARD POLICY - DWELLING FORM

**DELIVERY ADDRESS**

KEVIN DAHLGREN / JUDY DAHLGREN
18120 OLD PELICAN BAY DR
FORT MYERS BEACH, FL 33931

**INSURED NAME(S) AND MAILING ADDRESS**

KEVIN DAHLGREN / JUDY DAHLGREN
18120 OLD PELICAN BAY DR
FORT MYERS BEACH, FL 33931

**COMPANY MAILING ADDRESS**

FIRST PROTECTIVE INSURANCE
PO BOX 912094
DENVER, CO 80291-2094

**PROPERTY LOCATION**

18120 OLD PELICAN BAY DR
FORT MYERS BEACH, FL 33931

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.

DESCRIPTION: N/A

### RATING INFORMATION

| | | | |
|---|---|---|---|
| ORIGINAL NEW BUSINESS DATE: | 11/22/2013 | DATE OF CONSTRUCTION: | 06/02/2013 |
| REINSTATEMENT DATE: | N/A | COMMUNITY NUMBER: | 125124 0552 F   REGULAR PROGRAM |
| BUILDING OCCUPANCY: | SINGLE FAMILY | COMMUNITY NAME: | N/A |
| CONDOMINIUM INDICATOR: | NOT A CONDO | CURRENT FLOOD ZONE: | AE |
| NUMBER OF UNITS: | N/A | GRANDFATHERED: | NO |
| PRIMARY RESIDENCE: | YES | FLOOD RISK/RATED ZONE: | AE |
| ADDITIONS/EXTENSIONS: | N - NO ADDITIONS/EXTENSIONS | ELEVATION DIFFERENCE: | 1 |
| BUILDING TYPE: | TWO FLOORS | ELEVATED BUILDING TYPE: | NON-ELEVATED |
| BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: | NO BASEMENT | | |

### MORTGAGEE / ADDITIONAL INTEREST INFORMATION

| | | |
|---|---|---|
| FIRST MORTGAGEE: | CAKE MORTGAGE CORP. ISAOA/ATIMA PO BOX 280850 NORTHRIDGE, CA 91324 | LOAN NO: 2112030539 |
| SECOND MORTGAGEE: | | LOAN NO: N/A |
| ADDITIONAL INTEREST: | | LOAN NO: N/A |
| DISASTER AGENCY: | | CASE NO: N/A DISASTER AGENCY: |

### PREMIUM CALCULATION — Standard

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED. DISCOUNT/SURCHARGE | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BUILDING | $250,000 | $1,250 | $60,000 | 0.800 | $190,000 | 0.080 | ($13.00) | $619.00 |
| CONTENTS | $100,000 | $1,250 | $25,000 | 0.410 | $75,000 | 0.120 | ($4.00) | $189.00 |

Coverage limitations may apply. See your policy form for details.

**Endorsement Effective Date:** 01/14/2022
**ENDORSEMENT PREMIUM:** $0.00
First Mortgagee, Second Mortgagee

| | |
|---|---|
| ANNUAL SUBTOTAL: | $808.00 |
| INCREASED COST OF COMPLIANCE: | $6.00 |
| COMMUNITY RATING DISCOUNT: 25% | ($204.00) |
| RESERVE FUND ASSESSMENT: 18.0% | $110.00 |
| PROBATION SURCHARGE: | $0.00 |
| ANNUAL PREMIUM: | $720.00 |
| HFIAA SURCHARGE: | $25.00 |
| FEDERAL POLICY SERVICE FEE: | $50.00 |
| TOTAL: | $795.00 |
| PRORATA PREMIUM ADJUSTMENT: | $0.00 |
| ADJUSTED ANNUAL PREMIUM: | $795.00 |

IN WITNESS WHEREOF, I have signed this policy below and hereby enter into this Insurance Agreement



Thomas C. Poppell, III / Vice President of Product Management

**Zero Balance Due - This Is Not A Bill**

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

Policy issued by   FIRST PROTECTIVE INSURANCE

Company NAIC: 10897

File: 18055070   Page 1 of 1   DocID: 152070592

Printed 01/14/2022