UNITED STATES DISTRICT COURT
MIDDLE DISRICT OF FLORIDA
FORT MYERS DIVISION
CASE NO. 2:23-cv-01063-SPC-KCD

KEVIN D. DAHLGREN AND JUDY R. DAHLGREN,

    Plaintiff,

vs.

FIRST PROTECTIVE INSURANCE COMPANY D/B/A FRONTLINE INSURANCE,

    Defendant.
_____/

## MEDIATOR'S REPORT

The above captioned case was mediated by Zoom on June 11, 2024. Both Plaintiffs along with their attorney Alexis Altman. Wendy Strow appeared for Defendant along with its attorneys Deani Milano and John Unzicker.

Mediation resulted in a SETTLEMENT AS TO ALL ISSUES.

        /s/ Eric S. Kleinman
        **Eric S. Kleinman**
        K&A Mediation
        Florida Bar No. 964158
        Mediator No. 17650RA
        *Florida Supreme Court Certified Circuit Court & Appellate Mediator*
        *U.S.D.C., Southern/Middle District of Florida Certified Mediator*

        2525 Ponce De Leon Boulevard, #300
        Coral Gables, Florida 33134
        Telephone: (305) 377-2728
        Email: eric@kamediation.com
        www.kamediation.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was eserved to the following this 11th day of June, 2024:

All Counsel of Record

        /s/ Eric S. Kleinman